**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JASON SEMAN, | : | CIVIL ACTION - LAW |
| | : | |
| Plaintiff, | : | NO. |
| | : | |
| v. | : | |
| | : | |
| PEPSICO, Inc. | : | |
| | : | |
| Defendant | : | JURY TRIAL DEMANDED |

## COMPLAINT

AND NOW, comes the Plaintiff, Jason Seman, by and through his counsel, Susan N. Williams, Esquire and Adam R. Gorzelsky, Esquire of Williams Law Offices, and files the herein Complaint, averring as follows:

## I. INTRODUCTION

1.      This action is brought pursuant to the Family and Medical Leave Act ("FMLA") [29 U.S.C. § 2601 et. seq.]. Plaintiff alleges that the Defendant interfered with his FMLA rights by improperly failing to honor his leave going forward. Plaintiff also alleges that this failure on the Defendant's part was in retaliation for his taking of FMLA covered leave.

## II. JURISDICTION AND VENUE

2.      This Court is permitted to maintain personal jurisdiction over the Defendant because its contacts with the Commonwealth and this judicial district are sufficient to meet the minimum requirements necessary to satisfy the notions of fair play and justice established by the United States Supreme Court in *International Shoe Company v. Washington*, 326 U.S. 310 (1945) and its progeny.

3.      The United States District Court for the Western District of Pennsylvania has federal question jurisdiction over this case because alleged violations of the FMLA arise under the laws of the United States.  28 U.S.C. § 1331.

4.      Venue lies in this district pursuant to 28 U.S.C. § 1391(b)(1), (2) as the Defendant resides within the district and a substantial part of the events and occurrences described herein took place within the district.

## III. PARTIES

5.      Plaintiff, Jason Seman ("Mr. Seman"), is an adult individual currently residing at 103 Thistle Drive, Greensburg, Westmoreland County, Commonwealth of Pennsylvania.

6.      Defendant, Pepsico, Inc. is a business corporation, with a local business address at 204 Jacks Run Ave, Youngwood, PA 15697.

## IV. FACTUAL BACKGROUND

7.      The averments of paragraphs 1 through 6 are incorporated by reference as if more fully set forth herein.

8.      Mr. Seman was hired by the Defendant on or about February 26, 2012.

9.      Mr. Seman suffers from chronic vertigo.

10.     He made Defendant aware of this condition at the commencement of his employment.

11.     In or around April 2015, Mr. Seman first submitted a Family and Medical Leave Act Certification from his treating physician.

12.      This Certification was re-submitted on an annual basis, with the most recent occurring on or about June 6, 2018.

13. Mr. Seman's physician provided an "estimate" that Mr. Seman would have a flare-up of his condition 8 times per month.

14. Mr. Seman would be unable to perform his job during such episodes.

15. Mr. Seman performed his job without issues pursuant to this arrangement of intermittent leave.

16. Mr. Seman frequently used less than his allotted 8 days of leave per month.

17. On or about September 28, 2018, Mr. Seman requested a ninth day off for the month because of his medical condition.

18. On or about October 4, 2018, Mr. Seman received a letter indicating that his leave would need to be recertified because he exceeded the frequency of incidents certified by his doctor.

19. Further, he was notified that all dates after September 27, 2018, would not be protected.

20. On or about October 11, 2018, Mr. Seman also was informed that a new certification was required because he showed a pattern of calling off Mondays, Wednesdays, and Fridays (60% of his work week).

21. Defendant subsequently contacted Mr. Seman's doctor on its own and denied his recertification based upon this contact.

22. Following this denial, Mr. Seman was suspended without pay for unauthorized absences from work.

23. Mr. Seman was terminated on October 31, 2018.

24. Defendant employs more than fifty (50) employees.

25.    In the twelve months prior to his taking of FMLA covered leave, Mr. Seman had worked in excess of one thousand two hundred fifty (1,250) hours.

**V. COUNT 1:**
**FMLA – INTERFERENCE**

26.    The averments of Paragraphs 7 through 25 are incorporated by reference as if set forth more fully herein.

27.    Mr. Seman exercised his right to FMLA leave.

28.    The frequency certified by Mr. Seman's doctor was an estimate.

29.    As such, strict adherence to the 8-day frequency was both incorrect and illegal.

30.    Further, citing a pattern that consists of 60% of Mr. Seman's work week is nonsensical.

31.    Mr. Seman did not exceed his allotted days of FMLA leave within a year.

32.    As such, Defendant's suspension and termination of Mr. Seman for unauthorized absences constitutes interference with Mr. Seman's FMLA rights.

33.    Such action was taken with willful disregard for Mr. Seman's FMLA rights.

WHEREFORE, Mr. Seman requests all relief as appropriate under 29 U.S.C. § 2617, including but not limited to back pay, front pay, pre- and post-judgment interest, liquidated damages, attorney's fees, and costs of litigation.

**VI. COUNT 2:**
**FMLA – RETALIATION**

34.    The averments of Paragraphs 7 through 33 are incorporated by reference as if set forth more fully herein.

35.    Defendant's actions and callous disregard for the FMLA exhibit hostility towards Mr. Seman for continuing to exercise his rights.

4

36.     Defendant has engaged in such retaliation with willful disregard for Mr. Seman's FMLA rights.

WHEREFORE, Mr. Seman requests all relief as appropriate under 29 U.S.C. § 2617, including but not limited to back pay, front pay, pre- and post-judgment interest, liquidated damages, attorney's fees, and costs of litigation.

Respectfully Submitted,

s/ Susan N. Williams, Esq.
Susan N. Williams, Esquire
Pa.I.D. 40077

s/ Adam R. Gorzelsky, Esq.
Adam R. Gorzelsky, Esquire
Pa.I.D. 309094

Williams Law Offices
101 North Main St. Suite 106
Greensburg PA 15601
(724) 838-8110
(724) 838-8115 (fax)